

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00136-CV

---

CARNEISHA WOFFORD, APPELLANT

V.

COBBLESTONE APARTMENTS, APPELLEE

---

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2025-000066-1, Honorable Don Pierson, Presiding

---

July 29, 2025

## MEMORANDUM OPINION

### Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Carneisha Wofford, appeals from the trial court's judgment.[1] Appellant's brief was due June 27, 2025, but was not filed. By letter of July 8, 2025, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by July 18. To date, Appellant has neither filed a brief nor had any further communication with this Court.

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

Accordingly, we dismiss her appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam